WESTWOOD v. MICHIGAN LIQUOR CONTROL COMMISSION

Appeal from Ingham, Marvin J. Salmon, J. Submitted Division 2 June 8, 1971, at Lansing. (Docket No. 10339.) Decided July 29, 1971.

Appeal to the circuit court by Harry T. Westwood from a decision of the Liquor Control Commission denying his application for a Class C liquor license. Log Jam, Inc., was allowed to intervene as a defendant. Summary judgment for defendant. Plaintiff appeals. Remanded to the Liquor Control Commission for reconsideration.

*Vlachos & Carey* and *Bucknell, Gergely & Foley,* for plaintiff.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Franklin J. Rauner* and *Thomas R. Wheeker,* Assistant Attorneys General, for defendant Liquor Control Commission.

Before: DANHOF, P. J., and BRONSON and O'HARA,* JJ.

PER CURIAM. The plaintiff has appealed from a judgment of the Circuit Court for the County of

* Former Supreme Court Justice, sitting on the Court of Appeals by assignment pursuant to Const 1963, art 6, § 23 as amended in 1968.

Ingham affirming a decision of the Liquor Control Commission denying his application for a Class C liquor license. Plaintiff's application was denied by the commission because plaintiff's place of business was within 500 feet of a church. MCLA § 436.17a [Stat Ann 1957 Rev § 18.988(1)]. Subsequent to the decision of the commission, § 17a of the Liquor Control Act was amended and the commission now has discretionary power to issue a Class C liquor license to the plaintiff even though plaintiff's place of business may be within 500 feet of a church. Therefore, it is ordered that the cause be remanded to the Liquor Control Commission for reconsideration in light of MCLA 1971 Cum Supp § 436.17a [Stat Ann 1971 Cum Supp § 18.988(1)] and MCLA 1971 Cum Supp § 436.19c(a) [Stat Ann 1971 Cum Supp § 18.990(3)(a)].

We express no opinion as to the constitutionality of § 17a. We do not retain jurisdiction.